Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

JACK ELWOOD MURRY

) Chapter 13
)
) Case No.: 8:08-bk-17027-ES
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300788** in the sum of **$0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

JACK ELWOOD MURRY
259 AVENIDA VICTORIA #B
SAN CLEMENTE, CA 92672

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0817027 | JACK ELWOOD MURRY ACCT: | Claim: 00000 | XXX-XX-5817 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

JACK ELWOOD MURRY

BALANCE:          [0.00  13/00000]
SSN: XXX-XX-5817    SSN:
ACCT:                         CASE: 0817027
PRINCIPAL:        0.01   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300788

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY** Zero And 01 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0300788⑆ ⑈061100790⑈ 000000575186 2⑈